# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: )<br>)<br>CITY OF DETROIT, MICHIGAN, )<br>)<br>)<br>*Debtor.* ) | Dist. Ct. No. 2:13-cv-14305<br>Hon. Bernard A. Friedman<br>U.S. District Judge |
| )<br>SYNCORA GUARANTEE INC. AND )<br>SYNCORA CAPITAL ASSURANCE )<br>INC., )<br>)<br>*Appellants,* )<br>v. )<br>CITY OF DETROIT, MICHIGAN, )<br>)<br>*Appellee.* ) | Bankr. Ct. No. 13-53846<br>Hon. Steven W. Rhodes<br>U.S. Bankruptcy Judge |

## NOTICE OF APPEAL

Notice is hereby given that appellants Syncora Guarantee Inc. and Syncora Capital Assurance Inc. hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Affirming the Bankruptcy Court's August 28, 2013, Order (Dkt. 14) entered in this action on July 11, 2014.

In appealing from the Opinion and Order, appellants appeal from any and all orders antecedent and ancillary thereto, including any such orders in the underlying bankruptcy proceeding.

July 11, 2014                                  Respectfully submitted,


Stephen M. Gross                               /s/ *Christopher Landau*
David A. Agay                                  Christopher Landau, P.C.
Joshua Gadharf                                 KIRKLAND & ELLIS LLP
MCDONALD HOPKINS LLC                           655 Fifteenth Street, N.W.
39533 Woodward Avenue                          Washington, DC   20005
Bloomfield Hills, MI   48304                   (202) 879-5000
(248) 646-5070


James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL   60654
(312) 862-2000

*Counsel for Appellants Syncora Guarantee Inc.
and Syncora Capital Assurance Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was filed electronically on July 11, 2014, with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, resulting in service upon all counsel of record.

/s/ *Christopher Landau*
Christopher Landau, P.C.